

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00243-CV

REGINALD DALE PETERS                                    APPELLANT

V.

THE STATE OF TEXAS                                        APPELLEE

------------

## FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 6, 2012, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

On November 23, 2011, appellant filed a "Motion To Correct Erroneous Filing Fee's." We have considered that motion.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution and deny the "Motion To Correct Erroneous Filing Fee's." *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f)."

PER CURIAM

PANEL:  GABRIEL, J; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  March 1, 2012